AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__                District of                __ILLINOIS__

UNITED STATES OF AMERICA

V.

Thomas Anthony Soto III

**WARRANT FOR ARREST**

Case Number:  07-30136-DRH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __Thomas Anthony Soto III__
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x  SUPERSEDING Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

   Conspiracy to distribute 1,000 kilograms or more of marijuana

x  in violation of Title  __21__  United States Code, Section(s)  __846__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

__NORBERT G. JAWORSKI__                        _[signature]_
Name of Issuing Officer                           Signature of Issuing Officer

__CLERK__                                         __JANUARY 28, 2008, East St. Louis, IL__
Title of Issuing Officer                          Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____ILLINOIS_____

UNITED STATES OF AMERICA

V.

Peter Brian Flores

**WARRANT FOR ARREST**

Case Number:  07-30136-DRH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Peter Brian Flores_____
                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x  SUPERSEDING Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to distribute 1,000 kilograms or more of marijuana

x  in violation of Title   21   United States Code, Section(s)   846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

_____NORBERT G. JAWORSKI_____          _____[signature]_____
Name of Issuing Officer                                                     Signature of Issuing Officer

_____CLERK_____                                  _____JANUARY 28, 2008, East St. Louis, IL_____
Title of Issuing Officer                                                     Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

%AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____ILLINOIS_____

UNITED STATES OF AMERICA

V.

Steven Earl Erwin

**WARRANT FOR ARREST**

Case Number:  07-30136-DRH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Steven Earl Erwin_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  SUPERSEDING      ☐ Information      ☐ Complaint      ☐ Order of court

☐ Pretrial Release        ☐ Probation              ☐ Supervised Release    ☐ Violation Notice
  Violation Petition        Violation Petition       Violation

charging him or her with   (brief description of offense)

   Conspiracy to distribute 1,000 kilograms or more of marijuana


x in violation of Title  __21__  United States Code, Section(s)  __846__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

_____NORBERT G. JAWORSKI_____              _____[signature]_____
Name of Issuing Officer                                Signature of Issuing Officer

_____CLERK_____                             _____JANUARY 28, 2008, East St. Louis, IL_____
Title of Issuing Officer                              Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 08/07)  Warrant for Arrest

SUPPRESSED

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __ILLINOIS__

UNITED STATES OF AMERICA

V.

Steve Nides

**WARRANT FOR ARREST**

Case Number: 07-30136-DRH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __Steve Nides__
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

|   |   |   |   |
|---|---|---|---|
| x | SUPERSEDING Indictment | ☐ Information | ☐ Complaint | ☐ Order of court |
| ☐ Pretrial Release Violation Petition | ☐ Probation Violation Petition | ☐ Supervised Release Violation | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Conspiracy to distribute 1,000 kilograms or more of marijuana

x   in violation of Title __21__ United States Code, Section(s) __846__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

__NORBERT G. JAWORSKI__                           [signature]
Name of Issuing Officer                           Signature of Issuing Officer

__CLERK__                                         JANUARY 28, 2008, East St. Louis, IL
Title of Issuing Officer                          Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 08/07) Warrant for Arrest

SUPPRESSED

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____ILLINOIS_____

UNITED STATES OF AMERICA

V.

Recardo R. Bonner
aka "Ricky Williams"

**WARRANT FOR ARREST**

Case Number:  07-30136-DRH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Recardo B. Bonner aka "Ricky Williams"_____
                                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x  SUPERSEDING Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with   (brief description of offense)

   Conspiracy to distribute 1,000 kilograms or more of marijuana

x  in violation of Title  __21__  United States Code, Section(s)  __846__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

_____NORBERT G. JAWORSKI_____                    _____
            Name of Issuing Officer                                                    Signature of Issuing Officer

_____CLERK_____                                       __JANUARY 28, 2008, East St. Louis, IL__
            Title of Issuing Officer                                                    Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |