IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PETER BRIAN FLORES,**

**Defendant.**                                                                 No. 07-30136-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court are two motions filed by Defendant Peter Brian Flores, a Motion for Extension of Time to File Objections to Pre-Sentence Report (PSR) (Doc. 361) and Motion to Continue Sentencing Hearing (Doc. 362). Defendant Flores asks for additional time in which to file objections to the PSR as his counsel has not had an adequate opportunity to review the PSR with Defendant. Defendant notes that the original due date for filing objections was August 17, 2009 and that his counsel inadvertently missed the deadline. The Government does not object to the motion. Based on the reasons in the motion, the Court **GRANTS** Defendant Flores' motion for extension of time to file objections (Doc. 361). Defendant will have up to and including **September 3, 2009** in which to file objections.

Defendant Flores has also filed a motion to continue sentencing hearing (Doc. 362) which is currently scheduled for September 4, 2009. Defendant Flores asks that his sentencing hearing be continued so that he may have an opportunity to file objections to the PSR. Defendant Flores further argues that his counsel will

be in another trial starting September 8, 2009 and that his counsel needs additional time in which to draft a sentencing memorandum and prepare for the hearing in his case. Again, the Government has no objections to the continuance. Based on the reasons in the motion, the Court **GRANTS** Defendant's motion to continue sentencing hearing and continues the sentencing hearing set for September 4, 2009 until **September 29, 2009 at 1:30 p.m**.

   **IT IS SO ORDERED.**

   Signed this 21st day of August, 2009.

              /s/  David R Herndon
              **Chief Judge**
              **United States District Court**