IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PETER BRIAN FLORES,**

**Defendant.**                                                    No.  07-30136-DRH

**ORDER**

**HERNDON, Chief Judge:**

      Before the Court is a Third Motion to Continue Sentencing Hearing (Doc. 450) filed by Defendant Flores.  Defendant Flores asked that the sentencing hearing be continued for forty-five (45) days based on the reasons set out in his motion.  The Government does not object to a continuance.  Based on the reasons in the motion, the Court **GRANTS** Defendant Flores' third motion to continue (Doc. 450) and **CONTINUES** the sentencing hearing currently scheduled for January 22, 2010 until **March 11, 2010 at 1:30 p.m.**

      **IT IS SO ORDERED.**

Signed this 21st day of January, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**