# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PETER BRIAN FLORES,**

**Defendant.**                                                       **No. 07-30136-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Flores' motion for contact visit (Doc. 472). Defendant states that he has had little contact with his family since being arrested and requests permission to have a contact visit with his mother when she visits the area during the week of May 31. The Government has no objection to the motion. Based on the reasons state in the motion, the Court **GRANTS** Defendant Flores' motion for contact visit (Doc. 472) **IN PART** and to the extent that the facility that houses Flores can make arrangements to carry out a contact visit with Ms. Millie Nagore, Defendant's mother, in such a way as to maintain a safe and secure environment for the protection of officers and other inmates in said facility. If, in the judgment of the custodians of said facility, a contact visit cannot be accomplished in

such a way to maintain safety and security, then they have the authority to deny such a visit.

        **IT IS SO ORDERED.**

Signed this 26th day of May, 2010.

/s/ David R Herndon

**Chief Judge**
**United States District Court**