IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER BRIAN FLORES,

Defendant.                                              No. 07-30136-DRH

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is a fifth Motion to Continue Sentencing Hearing (Doc. 491) filed by Defendant Peter Brian Flores.  Defendant Flores asks that his sentencing date currently scheduled for July 2, 2010 be continued for sixty days for the reasons stated in the motion.  The Government does not object to the continuance.  Therefore, based on the reasons in the motion, the Court **GRANTS** Defendant Flores' motion to continue sentencing hearing (Doc. 491) and **CONTINUES** the hearing currently scheduled for July 2, 2010 until **September 3, 2010 at 10:00 a.m.**

      **IT IS SO ORDERED.**

      Signed this 29th day of June, 2010.

/s/   David R Herndon
**Chief Judge**
**United States District Court**