IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PETER BRIAN FLORES,**

**Defendant.**                                              **No. 07-30136-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Peter Brian Flores' Motion to Continue Sentencing Hearing (Doc. 536). Specifically, Defendant requests a three to four week continuance for his sentencing hearing currently scheduled for September 3, 2010 as his attorney will not be available as he will be out of the office for a family member's surgery. The Government has no objections to the continuance. Accordingly, the Court **GRANTS** the motion to continue sentencing hearing (Doc. 536). The sentencing hearing currently scheduled for September 3, 2010 is **CONTINUED** until **Friday, October 1, 2010 at 11:00 a.m.**

      **IT IS SO ORDERED.**

      Signed this 30th day of August, 2010.

      /s/   *David R Herndon*
      **Chief Judge**
      **United States District Court**