**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PETER BRIAN FLORES,**

**Defendant.**                                                     **No.07-30136-DRH**


**ORDER**

**HERNDON, Chief Judge:**

Before the Court is Defendant Peter Brian Flores' Motion to Continue
Sentencing Hearing (Doc. 552).  Defendant asks that the sentencing hearing currently
set for October 1, 2010 be continued until early 2011 due to the reasons set forth in
the motion.  The Government has no objections to the continuance.  Therefore,
based on the reasons in the motion the Court **GRANTS** Defendant's Motion to
Continue Sentencing Hearing (Doc. 552).  The sentencing hearing currently set for
October 1, 2010 is **CONTINUED** until **January 7, 2011 at 2:30 p.m.**

**IT IS SO ORDERED.**

Signed this 28th day of September, 2010.


/s/   *David R Herndon*

**Chief Judge**
**United States District Court**